ACCEPTED
04-15-00005-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/27/2015 2:44:08 PM
KEITH HOTTLE
CLERK

NO. 04-15-00005-CV

IN THE COURT OF APPEALS
FOURTH SUPREME JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/27/2015 2:44:08 PM
KEITH E. HOTTLE
Clerk

IN RE ESTATE OF JACK HIROMI IKENAGA, Sr., Deceased

On Appeal from the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2011-PC-4330
Hon. Polly Jackson Spencer, Judge Presiding

## APPELLANT'S SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE FOURTH COURT OF APPEALS:

NOW COMES Appellant, SANDRA IKENAGA, and makes this Motion to Extend Time to File Appellant's Brief and would respectfully show the Court as follows:

1.  The deadline for filing Appellant's Brief is currently set for May 27, 2015.

2.  The Appellant seeks an extension of at least 30 days to file her brief.

3.  Appellant's Counsel has been diligent in reviewing the transcript and the clerks record of the pre-trial and post-trial proceedings, as well as conferring with trial counsel. However, there is more investigation yet to do and case law to review, as well as interviewing the appellant in regard to points of error to raise. Since appellate counsel is not the same as trial counsel, it has been imperative to review all the records carefully in order to develop the basis for the appeal. Counsel for Appellant was not trial counsel for Appellant. Additionally, Counsel has had numerous hearings and trials which have delayed his ability to conduct a review of the record more rapidly. Given the size of the record, counsel is requesting an extension of at

least 30 days. Appellant requests this extension not for delay, but so that justice may be done.

4. This is Appellant's second request for an extension of time to file his brief.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant his Motion to Extend Time to File Appellant's Brief for at least 30 additional days, as well as all such other and further relief to which Appellant may show herself entitled.

Respectfully Submitted,

DAVID L. MCLANE
9901 IH-10 West, Ste. 695
San Antonio, Texas 78230
(210) 736-9966
(210) 547-7932 fax

By: _____
David L. McLane
State Bar No. 00795517
dlmclanelaw@yahoo.com
**ATTORNEY FOR APPELLANT**

**VERIFICATION**

| | |
|---|---|
| **STATE OF TEXAS** | § |
| **COUNTY OF BEXAR** | § |

I, DAVID L. MCLANE, Attorney for the Appellant, SANDRA IKENAGA, have read the foregoing, and the statements contained therein are true and correct.

_____
DAVID L. MCLANE

**SUBSCRIBED AND SWORN TO BEFORE ME BY** DAVID L. MCLANE on the 27TH day of May, 2015, to certify which witness my hand and seal of office.



RUTH C MCLANE
My Commission Expires
November 18, 2018

_____
Notary Public, State of Texas

RUTH C MCLANE
My Commission Expires
November 18, 2018

## CERTIFICATE OF SERVICE

This is to certify that on May 27, 2015, a true and correct copy of the above and foregoing document was served on the following in the manner designated in accordance with the Texas Rules of Civil and Appellate Procedure:

PHILIP M. ROSS
1006 Holbrook Road
San Antonio, Texas 78218
philipmross@hotmail.com

MICHAEL J. CENATIEMPO
770 South Post Oak Lane, Ste. 500
Houston, Texas 77056
mikecen@cenatiempo.com

JOSEPH S. COHEN
1300 Post Oak Boulevard, Ste. 2500
Houston, Texas 77056
jcohen@bmpllp.com

MARK STANTON SMITH
3737 Broadway, Ste. 310
San Antonio, Texas 78209
atysmith@heardandsmith.com

WILLIAM H. FORD
10000 Reunion Place, Ste. 640
San Antonio, Texas 78216
bill.ford@fordmurray.com

KEVIN M. YOUNG
10101 Reunion Place, Ste. 600
San Antonio, Texas 78216
kyoung@phmy.com
Sam Houston

Board Certified, Civil Appellate Law—Texas Board of Legal Specialization



## HOUSTON DUNN
ATTORNEYS AT LAW

4040 BROADWAY, SUITE 440
SAN ANTONIO, TX 78209

**210.775.0882 Direct**
sam@hdappeals.com

DAVID L. MCLANE